[No. 60579-8-I.   Division One.   November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. OSMAN HERSI AHMED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-02970-5, LeRoy McCullough, J., entered August 8, 2007. *Dismissed* by unpublished per curiam opinion.

[No. 60637-9-I.   Division One.   November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10363-3, Gregory P. Canova, J., entered September 21, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60643-3-I.   Division One.   November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SOMPHONE KHOUNOUDOM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-05099-6, Joan E. DuBuque, J., entered September 14, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60733-2-I.   Division One.   November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. NIKOLAY SLOBODA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-11764-6, Paris K. Kallas, J., entered October 12, 2007. *Affirmed* by unpublished per curiam opinion.